IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALBERT MCLEOD, III,

    Petitioner,

                                                  Case No. 2:07-cv-1312

v.

CARL ANDERSON, Warden,           Judge Michael H. Watson

    Respondent.

## OPINION AND ORDER

On January 22, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C.§2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, and although the Court granted petitioner's request for an extension of time to file his objections, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

                                                                                         Michael H. Watson, Judge
                                                                                        United States District Court